IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| P. CHYBA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-cv-018-O |
| | § | |
| SLS a/k/a SPECIALIZED LOAN SERVICING et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 63. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge is accepted as the findings of the Court. It is **FURTHER ORDERED** that Defendants' Motion to Set Aside Default Judgment (ECF No. 57) is hereby **GRANTED** and the Clerk's Entry of Default (ECF No. 56) is set aside.

It is **FURTHER ORDERED** that Defendants' Motion to Dismiss is hereby **GRANTED** as to Defendant John Beggins on Counts Four and Five of the Second Amended Complaint (ECF No. 37). Accordingly, Counts Four and Five of the Second Amended Complaint as to Defendant John Beggins are **DISMISSED with prejudice**.

Lastly, it is **ORDERED** that Defendants' Motion to Dismiss is **DENIED** as to all other Defendants on Counts Four and Five and as to all Defendants on Counts One, Two, and Three.

**SO ORDERED** on this **30th day** of **September, 2016**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**